Opinion filed September 21, 2006 















 
 
  
 
 







 
 
  
 
 




Opinion filed September 21, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00194-CR 

                                                    __________

 

                                       CAROL MORRIS, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                        On
Appeal from the 142nd District Court

 

                                                         Midland
 County, Texas

 

                                                 Trial Court Cause No. CR31478

 



 

                                                                   O
P I N I O N

Carol Morris has filed in this court a pro se
motion to dismiss her appeal.  Her
counsel has notified this court in writing that he is aware of her desire to
dismiss her appeal.  Counsel raises no
objections to her motion. 

The motion is granted.  The appeal is dismissed.

 

                                                                                     PER CURIAM

September 21, 2006 

Do not publish.  See Tex. R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J., and

McCall, J., and Strange, J.